1  Douglas M. Egbert (SBN 265062)
   JACKSON LEWIS P.C.
2  400 Capitol Mall, Suite 1600
   Sacramento, California 95814
3  Telephone:   (916) 341-0404
   Facsimile:   (916) 341-0141
4  E-mail:      Douglas.Egbert@jacksonlewis.com

5  Isabella L. Shin (SBN 294937)
   JACKSON LEWIS P.C.
6  333 West San Carlos St., Suite 1625
   San Jose, California 95110
7  Telephone:   (408) 579-0404
   Facsimile:   (408) 454-0290
8  E-mail:      Isabella.Shin@jacksonlewis.com

9  Attorneys for Defendants
   RETINA INSTITUTE OF CALIFORNIA
10 (erroneously sued as RETINA INSTITUTE) and
   6906 BROCKTON, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN ESTRADA, | Case No. 5:20-cv-01388-JGB-SP |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| 6906 BROCKTON, LLC; RETINA INSTITUTE, and DOES 1 through 10, inclusive, | Complaint Filed:  07/14/2020<br>Trial Date:       Not Set |
| Defendants. | |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

    PLEASE TAKE NOTICE that Plaintiff Bryan Estrada and Defendants Retina Institute of California and 6906 Brockton, LLC have reached an agreement to settle this matter.  The settlement agreement conditions dismissal of this matter on the satisfactory completion of specified terms that are to be performed within twenty-

1
NOTICE OF SETTLEMENT

1 one (21) days of the date of signing the settlement agreement. Upon satisfactory
2 completion of the specified terms of the settlement agreement, a request for dismissal
3 of the entire action will be filed with the Court.

5 Dated: September 25, 2020                    JACKSON LEWIS P.C.

7                                               By:  */s/ Isabella L. Shin*
                                                     DOUGLAS M. EGBERT
8                                                    ISABELLA L. SHIN

9                                               Attorneys for Defendants RETINA
                                                INSTITUTE OF CALIFORNIA
10                                              (erroneously sued as RETINA
                                                INSTITUTE) and 6906 BROCKTON,
11                                              LLC

4835-8901-4988, v. 1

2
NOTICE OF SETTLEMENT